# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                          Civil Action No. 3:15-cv-05388-WHA

JOHN DOE, subscriber assigned IP address 50.168.53.72,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## **WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 50.168.53.72. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 18, 2016

Respectfully submitted,

By:   /s/ *Brian M. Heit*
Brian M. Heit
Heit Erlbaum, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
Phone: 855-231-9868
Email:  brian.heit@helaw.attorney
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brian M. Heit*
Brian M. Heit